**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLUE SPIKE LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.,<br><br>Defendants. | **Civil Action No. 1:18-cv-01512-LPS-CJB**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Blue Spike LLC hereby files this Notice of Voluntary Dismissal of Defendants Dish Network Corporation, Dish Network L.L.C., and Dish Network Service L.L.C. (hereinafter "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants have not yet answered the Complaint. Accordingly, Plaintiff Blue Spike LLC voluntarily dismisses Defendants Dish Network Corporation, Dish Network L.L.C., and Dish Network Service L.L.C. without prejudice pursuant to Rule 41(a)(1).

Dated: November 16, 2018

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*

Timothy Devlin (No. 4241)
James Lennon (No. 4570)
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff Blue Spike LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on November 16, 2018.

*/s/ Timothy Devlin*
Timothy Devlin